UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEA STEVIE PALMA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HAT WORLD, INC., a Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 5:23−cv−01013−MRA−SP<br><br>**ORDER APPROVING JOINT STIPULATION TO DISMISS**<br><br>**JOINT STIPULATION FILED HEREWITH** |

GOOD CAUSE APPEARING THEREFOR, the Stipulation filed on behalf Plaintiff LEEA STEVIE PALMA ("Plaintiff") and Defendant HAT WORLD, INC. ("Defendant") (collectively, the "Parties") IS HEREBY APPROVED.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. This action be dismissed without prejudice.
2. Except as provided for in the Parties' settlement agreement, the Parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 9, 2025

_____
HON. MÓNICA RAMIREZ ALMADANI
United States District Judge